# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN D. ESCO AND VALEREY
ESCO

VERSUS

PEDRO FERMIN TENA, NATIONAL
TRANSPORTATION INSURANCE
COMPANY- RISK RETENTION
GROUP, LLC (NTIC) AND OMAR
PASILLAS D/B/A N. PASILLAS
TRUCKING COMPANY, LLC

NO.  2024 CW 0022

**MARCH 22, 2024**

---

In Re:    National Transportation Insurance Company, Risk
          Retention Group, LLC, Omar Pasillas d/b/a N. Pasillas
          Trucking Company, LLC, and Pedro Fermin Tena, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 734529.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                         PMc
                         CHH
                         SMM

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
   FOR THE COURT